Núm. 7583.—DÍAZ, aplte., *v.* CORTE MUNICIPAL, aplda.—C. D. Humacao. ▮▮▮▮▮▮▮ Diciembre 3, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf).

POR CUANTO, el interventor apelado radicó una moción allanándose al recurso y por tanto solicitando que sea declarada nula la re-

solución dictada por la Corte Municipal de Caguas, que dió origen a la apelación;

POR CUANTO, como regla general una corte de apelación no puede revocar una sentencia por el mero allanamiento de la parte apelada y esta parte no ha demostrado al tribunal que su caso es una excepción a la regla;

POR CUANTO, las partes deben conseguir sus propósitos compareciendo ante la corte inferior y la sentencia no debe ser revocada sin que esta corte quede convencida de que los errores imputados justifican la revocación;

POR TANTO, se declara *sin lugar* dicha moción de allanamiento.

El Juez Asociado Señor Córdova Dávila no intervino.